## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| CURTIS STAPLES, JR., | : | CASE NO. 1:14-cv-00549 |
| | : | |
| Plaintiff, | : | JUDGE BECKWITH |
| | : | |
| v. | : | **STIPULATION OF DISMISSAL** |
| | : | |
| AMERICAN MEDICAL COLLECTION AGENCY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Curtis Staples, Jr. and Defendant American Medical Collection Agency hereby stipulate to the dismissal of this matter, with prejudice.  Each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| COZMYK LAW OFFICES, LLC | SURDYK, DOWD & TURNER, CO., L.P.A. |
| | |
| */s/Peter Cozmyk per 10/3/14 e-mail auth.* | */s/David B. Shaver* |
| Peter Cozmyk (0078862) | Jeffrey C. Turner (0063154) |
| 6100 Oak Tree Boulevard | David B. Shaver (0085101) |
| Suite 200, Room #209 | One Prestige Place, Suite 700 |
| Independence, OH 44131 | Miamisburg, OH 45342 |
| pcozmyk@hotmail.com | (937) 222-2333 | (937) 222-1970 (fax) |
| *Counsel for Plaintiff* | jturner@sdtlawyers.com |
| | dshaver@sdtlawyers.com |
| | *Counsel for AMCA* |

1

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing, along with this Certificate of Service, was filed this 3rd day of October, 2014, via the Clerk's CM/ECF system which will provide notice to all counsel of record.

*/s/David B. Shaver*
David B. Shaver (0085101)